# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HAYES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HEALTH ENROLLMENT GROUP, INC.; MARC MUNOZ; KEVIN ROMERO; and DOES 1 through 10, inclusive and each of them,<br><br>Defendants. | Case No. 2:17-cv-00613-KJM-KJN<br><br>**ORDER** |

As provided by the Stipulation[1] and good cause appearing,

IT IS SO ORDERED, that defendants' response date to file a response to plaintiff's lawsuit has been extended through October 13, 2017.

DATED: September 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court observes that Plaintiff failed to obtain a signature for Defendants' Counsel as required by Local Rule 143(a)(1). Local Rule 5-4.3.4(a)(2)(i) is a rule for the Central District of California. But the court still grants this extension in light of the exceptional circumstances created by Hurricane Irma and the hurricane's effect on Defendants' counsel.

ORDER