1

Todd M. Friedman (SBN 216752)

2

Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.

3

21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367

4

Phone: 877-206-4741

5

Fax: 866-633-0228
tfriedman@toddflaw.com

6

abacon@toddflaw.com
*Attorneys for Plaintiff*

7

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| **SUSAN HAYES**, individually and on behalf of themselves and all others similarly situated, | ) Case No. 2:17-cv-00613-KJM-KJN |
| | ) |
| | ) **NOTICE OF SETTLEMENT** |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE HEALTH ENROLLMENT GROUP INC.; MARC MUNOZ; KEVIN ROMERO., | ) |
| | ) |
| | ) |
| Defendant. | |

10

11

12

13

14

15

16

17

18

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this

19

Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all

20

pending hearing dates and allow sixty (60) days with which to file dispositive documentation.

21

Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this

22

matter until fully resolved.

23

24

25

Dated**:** October 4, 2017            **Law Offices of Todd M. Friedman, P.C.**

26

27

By: s/ Adrian R. Bacon
ADRIAN R. BACON

28

1

Filed electronically on this 4th Day of October, 2017, with:

2

United States District Court CM/ECF system

3

4

Notification sent electronically via the Court's ECF system to:

5

Honorable Kimberly J. Mueller
United States District Court

6

Eastern District California

7

And all Counsel of Record as recorded on the Electronic Service List.

8

This 4th Day of October, 2017

9

10

By: s/ Adrian R. Bacon

11

ADRIAN R. BACON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28