Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN HAYES**, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**THE HEALTH ENROLLMENT GROUP INC.; MARC MUNOZ; KEVIN ROMERO.,**<br><br>Defendant. | Case No. 2:17-cv-00613-KJM-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 27th Day of October, 2017.

By:   /s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 27th Day of October, 2017, with:

**United States District Court CM/ECF system**

Notification sent electronically via the Court's ECF system to:

Honorable Judge Kimberly J. Mueller
Honorable Magistrate Judge Kendall J. Newman
United States District Court
Eastern District of California

And all Counsel of Record on the electronic service list.

And via United States Postal Service:

Christopher Meier
Greenspoon Marder, P.A.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309


This 27th Day of October, 2017.

s/Todd M. Friedman
Todd M. Friedman